IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUANAH C. WYLIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-2394-L |
| | § | |
| STYLE CREST ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The undersigned VACATES his Findings, Conclusions, and Recommendation entered in this case on October 18, 2013 [Dkt. No. 19]. The Court intends to issue an order in place of the vacated Findings, Conclusions, and Recommendation pursuant to the Order of Reference [Dkt. No. 18].

Any questions concerning this order should be directed to Vila Fisher in the District Clerk's Office, (214) 753-2400.

SO ORDERED.

DATED: October 22, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE